IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR116-035 |
| v. | ) | |
| | ) | |
| GLENN DOUGLAS TUTT | ) | |

**O R D E R**

Attorney Wendell E. Johnston, Jr., has been appointed under the Criminal Justice Act to represent Defendant. The Court has determined that funds are available from, or on behalf of Defendant for partial payment of compensation and expenses of counsel. Defendant shall contribute to the payment of Mr. Johnston's legal fees by paying a $1,200.00 lump sum within thirty days of the date of this Order. Additionally, Defendant will pay $500.00 monthly for a period of twelve months or until Defendant's income ceases. Payments will be due on the first business day of every month, beginning on August 1, 2016. Payments shall be made payable to the Clerk, U.S. District Court, P.O. Box 1130, Augusta, Georgia 30903. The Clerk shall refund any balance.

SO ORDERED this 24th day of June, 2016, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA