IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 116-035 |
| | ) | |
| GLENN DOUGLAS TUTT | ) | |

**O R D E R**

On June 24, 2016, this Court entered an Order directing Defendant to contribute to compensation and expenses of court appointed counsel by paying a $1,200.00 lump sum due July 25, 2016, and making monthly payments in the amount $500.00 beginning on August 1, 2016. (Doc. no. 11.) In his Motion to Modify the Court's Order, Defendant states that his monthly income has been reduced from $523.00 to $402.00 effective November 2016. (Doc. no. 37.) In light of Defendant's reduced income, he requests an appropriate modification of the attorney's fees reimbursement. (Id.) Accordingly, the Court GRANTS Defendant's request and reduces Defendant's monthly contribution to CJA expenses to $400.00. This reduction is retroactive to payments due on or after November 1, 2016.

SO ORDERED this 10th day of February, 2017, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA