FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2018 SEP 10 AM 11:41
CLERK J. Hodge
SO. DIST. OF GA.

# United States District Court for the Southern District of Georgia
## Augusta Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 1:16CR00035-001 |
| ) | |
| Glenn Douglas Tutt ) | |

### ORDER

On May 10, 2018, this Court approved a recommendation of the United States Probation Officer to place Glenn Douglas Tutt at the Residential Reentry Center, Dismas Charities, Augusta, Georgia, for a period up to six months to allow Tutt the opportunity to obtain a stable residence.

As Tutt has secured a stable residence, the United States Probation Officer has recommended that Tutt be released from Dismas Charities immediately.

Accordingly, **IT IS ORDERED** that Glenn Douglas Tutt be discharged from Dismas Charities, Incorporated, immediately. All previously ordered conditions of supervised release are to remain in full force.

**SO ORDERED**, this 10th day of September, 2018.

_____
Signature of Judge

Dudley H. Bowen, Jr.
United States District Judge
_____
Name and Title of Judge